ct113                                                                                                                          09/2019

# United States Bankruptcy Court
## District of Connecticut



In re:

   Thiago Fernandes Dos Santos

                                Debtor *

Case Number: 20-50472

Chapter: 7

## ORDER DISMISSING CHAPTER 7 CASE FOR FAILURE TO CURE DEFICIENCY

A Deficiency Notice/Notice of Dismissal of case was issued in the above-referenced case on May 5, 2020, for failure of the Debtor(s) to file all missing documents pursuant to Federal Rule of Bankruptcy Procedure 1007, and Local Bankruptcy Rule 1007-1 as amended or revised, (the "Deficiency Notice", ECF No. 7).

The Debtor has failed to timely file a List of Creditors with Attention Lines and Statement of Social Security Number, Official Form B121 as set forth in the Deficiency Notice; it is hereby

**ORDERED:** The Debtor's Chapter 7 case is DISMISSED .

Dated: May 19, 2020

BY THE COURT

*Julie A. Manning*
*Chief United States Bankruptcy Judge*
*District of Connecticut*

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.